3:19-cv-1186  SEC P

RECEIVED

SEP 10 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____Kck_____

Atth: Western U.S. District Court
300 Fannie St.
Shreveport, La.
71101

From: Brandon Howell
J.P.C.C.
297 Industrial Drive
Jonesboro, La. 71251

To whom it may concern,
I would like to file a civil Law suit on the Jackson Parish Correctional Center and request that a Civil Lawyer be appointed to me. My civil rights and rights a DOC inmate are being violated. On 7-2-19 I was sexually assulted in the showers, my property was stolen and I was jumped by several inmates, I was taken to Lockdown with no report. On 7-7-19 I was physically assulted by several inmates and maced by Lt. Womack for trying to talk to someone about the incident from ?

dorm, my property, the assult by inmates, and my account, he said I could talk to someone else b/c of the incident from P dorm the Staff here are b/as toward me and I am placed in a situation where I am continually in danger of physical harm and being sexually assulted. I was then physically harmed b/c I am believed to be Bi-Sexual by Dep Gilbert. I still had mace in my eyes and I could not see to put on my clothes or get out of the Shower and he broke my finger when he slammed me on the floor. At shift change Dep Williams forced me to move in a cell with Lewis after he knew I was sexually assulted in P dorm and physially assulted by several inmates. He also knew I was supposed to be alone he threatened me and made me move in a cell with a known enemy where I was sexually assulted and physically injured again. I was taken to the hospital after I was physically injured and a Rape Kit was done on me, Medical Records will prove my alligations. I am continually being assulted about incidents from J and P dorm from Staff and inmates. I am forced

to live around my enemies and my personal safety is in danger. I have filed several A.R.P's on the incidents with no response or 2nd step A.R.P's I have wrote several request over the last cell days and have not recieved a response. I am forced to live in a cell because of the nature of the incidents around my enemies I am not allowed use of the telephone on days I am supposed to be allowed or use of the shower, I am continually threatened and I am being placed in situations where I am assulted by staff and inmates about the incidents from J and P dorm. Under Act 280 I am eligible for Work Release / Self-Help programs and am not being submitted because they are bias toward me because of the incidents from J and P dorm where I was sexually assulted and physically injured. I hope and pray that someone will please take my case on this civil matter and represent me to the fullest. I feel my life is in danger in this facility.

Respectfully Submitted, Brandon Howell

State ID #423996