**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**BRANDON HOWELL #423996**          **CASE NO.  3:19-CV-01186 SEC P**

**VERSUS**                          **JUDGE DOUGHTY**

**JACKSON PARISH CORRECTIONAL**     **MAG. JUDGE KAREN L. HAYES**
**CENTER**

**ORDER**

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that plaintiff has failed to apprise the court of a change of the mailing address provided to the court for mailing of notices and Plaintiff has failed to show good cause for this deficiency.  Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety**.  This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE November 22, 2019.

**TONY R. MOORE**
**CLERK OF COURT**